United States District Court
Southern District of Texas
**ENTERED**
March 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES MILTON, <br> TDCJ #1334819 <br> Plaintiff, <br><br> v. <br><br> D. BALLARD, *et al*, <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:17-cv-03425 |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Bridgette Clay, Classification Department
      Texas Department of Criminal Justice – Institutional Division

TO:   TDCJ-CID, Estelle Unit, 264 FM 3478, Huntsville, TX 77320

TO:   United States Marshal, Southern District of Texas, or Any Other Authorized United States Marshal

You are hereby ORDERED to deliver the Plaintiff, **JAMES MILTON, TDCJ #1334819**, into the custody of the United States Marshal for the Southern District of Texas on: **Thursday, April 11, 2019 at 10:00 a.m.** at the United States Courthouse, 515 Rusk Avenue, Courtroom 700, Houston, Texas, for his appearance at Mediation/Settlement Conference to be held before United States District Magistrate Judge Nancy Johnson. Said Plaintiff shall remain in the custody of the United States Marshal during hours of Court, until released by the Court. At such time, the Plaintiff will be returned to the custody of the TDCJ Institute.

WITNESS the signature of the Honorable Sim Lake, United States District Judge, United States District Court for the Southern District of Texas, and the seal of said Court at the city of Houston, Texas.

ORDERED this 29th day of Mar., 2019.

U.S. ~~DISTRICT JUDGE SIM LAKE~~
Nancy Johnson