United States District Court
Southern District of Texas
**ENTERED**
April 12, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES MILTON,  §<br>    Plaintiff,  §<br>  §<br>v.  §<br>  §<br>D. BALLARD, et al,  §<br>    Defendants.  § | CIVIL ACTION NO. H-17-3425 |

# ORDER

On April 11, 2019, the parties announced that a settlement has been reached in this action. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within ninety (90) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 12th day of April, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE